THE CITY OF ARCADIA, A MUNICIPAL CORPORATION, INCOR-
PORATED AND EXISTING UNDER AND BY VIRTUE OF THE
LAWS OF THE STATE OF FLORIDA, AND PETE CRAFT,
MARSHAL OF THE CITY OF ARCADIA, *Plaintiffs
in Error,* v. Z. N. PARKER, *Defendant in
Error.*

Decision filed November 10, 1919.

A writ of error to the Circuit Court for DeSoto County,
John S. Edwards, Judge.

*Leitner & Leitner,* for Plaintiff in Error.

*Brown & Jones,* for Defendant in Error.

PER CURIAM.—This cause having been duly considered
by the Court upon its merits, it is ordered and adjudged
that the judgment be and is hereby reversed on authority
of Waller v. Osban, 60 Fla. 268, 52 South. Rep. 970, and
the cause is remanded for further appropriate proceedings.
All concur.